# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SASHA PALMER )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>METROPOLITAN GOVERNMENT OF )<br>NASHVILLE AND DAVIDSON )<br>COUNTY, *et al.*, )<br>　　Defendants. )<br> )<br> )<br> ) | No. 3:24-cv-01323<br><br>Judge Trauger<br><br>JURY DEMAND |

## JOINT MOTION FOR AGREED PROTECTIVE ORDER

Metro Nashville possesses certain materials pertaining to an offense committed by a juvenile on November 15, 2023, which led to the individual Defendants' interactions with the Plaintiff that form the basis of this lawsuit. These materials include, among other things, video footage depicting Defendants' interactions with the Plaintiff as well as the juvenile suspect, confidential information about the juvenile suspect, and confidential National Crime Information Center information. This information is confidential under Tenn. Code Ann. § 10-7-504 or other applicable laws, and because it would take a significant amount of time to review for redactions, the Parties wish to enter an Agreed Protective Order. A Protective Order ensures that no confidential information is released to anyone who is not an authorized representative of the Parties and provides for the timely production of materials. A proposed agreed protective order is attached to this motion.

{N0660699.1}　　　　　　　　　　　　　1

Respectfully submitted,

*/s/Kyle F. Mothershead*
Kyle F. Mothershead (#22953)
Brian Daniel Mounce (#39545)
Aaron Kiefer Rothbaum (#36572)
Relentless Advocacy, PLLC
7000 Executive Center Drive
Suite 240
Brentwood, TN 37027
kyle@relentlesslaw.com
bdmounce@gmail.com
aaron@relentlesslaw.com
*Counsel for Plaintiff*


*/s/Kristin Ellis Berexa*
Kristin Ellis Berexa (#148933)
Elizabeth Grace Patton (#041934)
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
 Brentwood, TN 37027
kberexa@fbb.law
gpatton@fbb.law

*Counsel for Charles Agius*


*/s/Rebecca Cothran Blair*
Rebecca Cothran Blair (#017939)
The Blair Law Firm
1608 Westgate Circle
Suite 100
Brentwood, TN 37027
rblair@blair-law.com
*Counsel for Michael Swooner*


THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

/s/ *Melissa Roberge*
MELISSA ROBERGE (#26230)
　SENIOR COUNSEL
JOHN W. AYERS (#037494)
　ASSISTANT METROPOLITAN ATTORNEY

Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, Tennessee 37219
melissa.roberge@nashville.gov
will.ayers@nashville.gov
*Counsel for the Metropolitan Government of*
*Nashville and Davidson County*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been sent via CM/ECF to:

| | |
|---|---|
| Kyle Mothershead | Rebecca Cothran Blair |
| Aaron Rothbaum | The Blair Law Firm |
| Brian Mounce | 1608 Westgate Circle |
| Relentless Advocacy, PLLC | Suite 100 |
| 7000 Executive Center Drive, Suite 240 | Brentwood, TN 37027 |
| Brentwood, TN 37027 | |

Kristin Ellis Berexa
Elizabeth Grace Patton
Farrar Bates Berexa
12 Cadillac Drive
Suite 480
Brentwood, TN 37027

on this the 10th day of January, 2025.

                              */s/ Melissa S. Roberge*
                              Melissa S. Roberge